IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KYLE KENNETH SMITH,<br><br>Defendant. | CR 23–05–M–DLC<br><br><br><br>ORDER |

Before the Court is Defendant Kyle Kenneth Smith's Unopposed Motion to Enlarge Time to File Plea Agreement by Five (5) Days. (Doc. 17.) The motion requests an extension of the plea agreement deadline to August 8, 2023 to allow his counsel time to return to the office, confer with Mr. Smith, and circulate and execute the plea agreement if it is accepted. (*Id.* at 2.) The United States does not object. (*Id.*)

Accordingly, IT IS ORDERED that the motion (Doc. 17) is GRANTED. The parties may file a plea agreement on or before August 8, 2023.

DATED this 2nd day of August, 2023.

_____
Dana L. Christensen, District Judge
United States District Court